1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                 **WESTERN DIVISION**

11

12  GERMAN MEJIA,                    )     No. CV 09-2313  CW
                                     )
13              Plaintiff,           )     JUDGMENT
                                     )
14         v.                        )
                                     )
15  MICHAEL J. ASTRUE,               )
    Commissioner, Social Security    )
16  Adminstration,                   )
                                     )
17              Defendant.           )
    _____)

18

19       **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

23  DATED: May 17, 2010

24

25                              
                                _____
26                                  CARLA M. WOEHRLE
                                United States Magistrate Judge
27

28