1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562) 437-7006
   E-mail: Laura_RK.office@speakeasy.net
5
   Attorneys for Plaintiff
6  German Mejia

7

8  **UNITED STATES DISTRICT COURT**

9

| | |
|---|---|
| 10  GERMAN MEJIA, | ) Case No.: CV 09-2313 CW |
| 11          Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 12     vs. | ) ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| 13  MICHAEL J. ASTRUE, | ) |
|     Commissioner of Social Security, | ) |
| 14 | ) |
|           Defendant | ) |
| 15 | ) |

16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees, costs, and expenses in the amount of $1,000.00

20  for fees, as authorized by 28 U.S.C. § 2412, subject to the terms of the Stipulation.

21  DATE:   October 8, 2010

22                          _____/S/_____
                            THE HONORABLE CARLA M. WOERLE
23                          UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-